**FILED**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

11:19 am, 2/20/24

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ☑ Violation Notice  ☐ Information  ☐ Complaint |
| vs<br>YUEQI LI<br>Defendant | Case Number   L:24-PO-00021-SAH-1 |
| Violation Charged  Foot travel in all thermal areas and w/in Yellowstone Canyon confined to trails | Citation Number   E1061070 |
| Date Violation Notice Issued   12/28/2023 | Place   WYNP |

### PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time  11:00-11:03                           Interpreter

Date  February 20, 2024                     Interpreter Telephone

Before the Honorable  Stephanie A. Hambrick

| Jessica Jarvis | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☑ Failed to appear        Warrant issued on  Feb 20, 2024

☐ Appeared   ☐ By telephone
              ☐ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
                    ☐ FPD    ☐ PANEL-CJA    ☐ RETAINED

☐ Attorney waived

☐ Court orders case continued to _____ at _____
    reason:


☐ Bail is set at
            ☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety

☐ Conditions of release

Petty Offenses/Misdemeanors Minute Sheet
L:24-PO-00021-SAH-1

---

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
    This consent was made    ☐ orally    ☐ in writing

---

☐ Informed of charges and rights          Date
☐ Defendant arraigned                     Date
☐ Court accepts plea     Defendant enters ☐ Guilty          ☐ Not Guilty Plea
☐ Trial    Witnesses

☐ Disposition
    ☐ Not Guilty
    ☐ Guilty
    ☐ Dismissed
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence        Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision        ☐ Without Supervision
☐ Special Conditions of Probation


☐ Fine                          Payable
☐ Restitution                   To
☐ Community Service             To
☐ Special Assessment
☐ Processing fee: $  30.00
☐ Defendant advised of right to appeal
☑ Other  $3000 warrant to follow